## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
### Richmond Division

| | |
|---|---|
| **JOHN AND GAIL CORMIER,** *Plaintiffs*, v. **ATLANTIC LAW GROUP et al.,** *Defendants*. | Civil Action No. 3:12-cv-00178 |

### NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and all parties of record: PLEASE TAKE NOTICE that Kevin J. O'Brien, of McGuireWoods LLP, hereby withdraws his appearance on behalf of Defendant Bank of America, N.A. in the above-captioned matter. Erin Q. Ashcroft, of McGuireWoods LLP, shall remain as counsel of record for Bank of America, N.A.

Respectfully submitted,

BANK OF AMERICA, N.A.

By counsel

/s/
---
Erin Q. Ashcroft (VSB No. 74639)
MCGUIREWOODS LLP
101 West Main Street, Suite 9000
Norfolk, VA 23510
Phone: (757) 640-3700
Fax: (757) 640-3971
Email: eashcroft@mcguirewoods.com

Kevin J. O'Brien (VSB No. 78886)
MCGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, Virginia 23219
Phone: (804) 775-1368
Fax: (804) 698-2161
Email: kobrien@mcguirewoods.com

*Counsel for Bank of America, N.A*

**CERTIFICATE OF SERVICE**

      I hereby certify that on this 3rd day of May, 2012, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

>Michael Hipps, Esquire
>THE DOMOZICK LAW FIRM PLLC
>101 N. Lynnhaven Road, Suite 202
>Virginia, Beach, VA 23452
>Phone: (757) 975-3747
>Fax: (757) 351-2083
>*Counsel for Plaintiffs*

>/s/
>Kevin J. O'Brien (VSB No. 78886)
>MCGUIREWOODS LLP
>One James Center
>901 East Cary Street
>Richmond, Virginia 23219
>Phone: (804) 775-1368
>Fax: (804) 698-2161
>Email: kobrien@mcguirewoods.com
>*Counsel for Bank of America, N.A*

\38932021.1